UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                  CHAPTER 13
JAMES D. EDWARDS
MELISSA EDWARDS                               CASE NO. 10-75496

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** HSBC Mortgage Services Inc.         **Court claim #:** 9

**Last four digits** of any number used to identify the debtor's account: 9367

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $2295.87 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $2295.87 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan         ☒    Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  11/19/2014                     /s/Lydia S. Meyer
                                                      Lydia S. Meyer, Trustee
                                                      308 W. State St., Suite 212
                                                      Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of November, 2014.

Dated:  11/19/2014                     /s/Cynthia K. Burnard

HSBC MORTGAGE SERVICES INC
BANKRUPTCY DEPARTMENT
636 GRAND REGENCY BLVD
BRANDON, FL 33510

HOUSEHOLD FINANCE / BENEFICIAL
PO BOX 3425
BUFFALO, NY  14240

HSBC MORTGAGE SERVICES INC
PO BOX 21188
EAGAN, MN 55121-4201

JAMES D. EDWARDS
MELISSA EDWARDS
912 . 3RD AVENUE
STERLING, IL  61081

OSTLING & ASSOCIATES
ATTORNEY ROBERT P. FOLLMER
201 W. OLIVE
BLOOMINGTON, IL  61701